IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VG Enterprises, S.A., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Dawa Line Co., Ltd., § <br> § <br> Defendant, § <br> § <br> and § <br> § <br> Ameropa Coal Trading and Shipping Inc. § <br> Ameropa Handels A.G. § <br> Ameropa Inc. § <br> COFCO Americas Resources Corp. § <br> COFCO Growmark LLC § <br> COFCO International Grains US LLC § <br> Daewoo International Group LLC § <br> Daelim America, Inc. § <br> Daelim Chemical USA, Inc. § <br> Daelim Chemical USA LLC § <br> Glencore Ltd. § <br> Glencore Trading Inc. § <br> § <br> Garnishees. § | CIVIL ACTION : 22-1129 (UNA) <br><br> IN ADMIRALTY, Rule 9(h) |

**ORDER**

Plaintiff, having moved for an Order pursuant to Supplemental Rule B(1)(d)(ii) appointing Timothy Jay Houseal, or any other qualified person appointed by him, to serve the process of maritime attachment and garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that Timothy Jay Houseal, or any other person at least 18 years of age and not a party to this action, appointed by him be and hereby is, appointed to serve the Process of

Maritime Attachment and Garnishment, and a copy of the Verified Complaint as issued in this case.

    DONE AND ORDERED this 30th day of August 2022.

                                               *Maryellen Noreika*
                                               The Honorable Maryellen Noreika
                                               United States District Judge