IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VG Enterprises, S.A., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. : 22-1129-MN |
| v. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Dawa Line Co., Ltd., et al., § | |
| § | |
| Defendant and Garnishees. § | |

## NOTICE OF DISMISSAL OF CERTAIN GARNISHEES

Plaintiff VG Enterprises, S.A., pursuant to Fed. R. Civ. P. 41, hereby dismisses Garnishees COFCO Americas Resources Corp., COFCO Growmark LLC, COFCO International Grains US LLC, and Glencore Ltd. from this this action.  Defendant and all other Garnishees are **not dismissed**.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | */s/ Timothy Jay Houseal* |
|  | Timothy Jay Houseal (Del. Bar ID No. 2880) |
| J. Stephen Simms | Rodney Square |
| Simms Showers LLP | 1000 North King Street |
| 201 International Circle, Ste. 230 | Wilmington, DE 19801 |
| Baltimore, MD 21030 | (302) 571-6682 |
| Telephone:  (410) 783-5795 | *thouseal@ycst.com* |
| Facsimile:  (410) 510-1789 |  |
| jssimms@simmsshowers.com | *Attorneys for VG Enterprises, S.A.* |

Dated:  September 22, 2022